UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEREDITH MURPHY and SCOTT MADLINGER, on behalf of themselves and a class of all others similarly situated,<br><br>         Plaintiffs,<br><br>v.<br><br>BETMGM, LLC<br><br>         Defendant. | Civil Action No: 23-360<br><br><br><br>**WAIVER OF THE SERVICE OF SUMMONS** |

To: James E. Cecchi
   Lindsey H. Taylor
   CARELLA, BYRNE, CECCHI,
   OLSTEIN, BRODY & AGNELLO, P.C.
   5 Becker Farm Road
   Roseland, New Jersey 07068
   (973) 994-1700

  I have received your request to waive service of a summons in this action along with a copy of the complaint, an electronic copy of this waiver form, and an agreement by all parties to accept service of this form, executed and unexecuted, electronically.

  I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

  I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

  I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from <u>January 25, 2023</u>, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: January 26, 2023

                    /s/ Stephanie L. Silvano
                    Stephanie L. Silvano
                    GIBSON, DUNN & CRUTCHER LLP
                    200 Park Avenue
                    New York, NY 10166-0193
                    Attorneys for Defendant
                    BetMGM, LLC

Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

**Error! Unknown document property name.**