Stephanie L. Silvano (NJ #168182016)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Tel.:  212.351.4000
Fax:   212.351.4035
ssilvano@gibsondunn.com

*Attorney for Defendant BetMGM, LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEREDITH MURPHY and SCOTT MADLINGER,<br><br>         Plaintiffs,<br><br>    v.<br><br>BETMGM, LLC,<br><br>         Defendant. | Civil Action No.<br>2:23-cv-00360-JXN-CLW |

**STATEMENT OF NO THIRD-PARTY LITIGATION FUNDING**

Pursuant to Local Rule 7.1.1, BetMGM, LLC, by and through its counsel, hereby states that there is no person or entity that is not a party and providing funding for some or all of the attorneys' fees or expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

- 2 -

                                            Respectfully Submitted,

Date: February 15, 2023          GIBSON, DUNN & CRUTCHER LLP

                                            By: */s/ Stephanie L. Silvano*
                                                   STEPHANIE L. SILVANO

                                            *Attorney for Defendant BetMGM, LLC*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2023, I electronically filed the attached Statement of No Third-Party Litigation Funding of BetMGM, LLC by using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

<em>/s/ Stephanie L. Silvano</em><br>
STEPHANIE L. SILVANO